

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Amanda Lorene HALL<br><br>　　　　　　　　　　　Defendant. | Case No.:　**2 0 M J 9 0 4 6**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C. §§ 952, 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant duly sworn states:

That on or about March 24, 2020, within the Southern District of California, defendant, Amanda Lorene HALL did knowingly and intentionally import 50 grams and more, to wit: approximately 158 grams (0.34 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

Akeim Guiden, Special Agent
Homeland Security Investigations


SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26TH DAY OF MARCH, 2020.

HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
   v.
Amanda Lorene HALL

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent Akeim Guiden.

On March 24, 2020, at approximately 1:11 P.M., Amanda Lorene HALL, a United States citizen, entered the United States at the Calexico, California West Port of Entry. HALL entered through the pedestrian inbound lane. During primary questioning of HALL by Customs and Border Protection Officer (CBPO) Lopez-Velarde, HALL appeared to be nervous was subsequently referred to secondary screening.

CBPO K. Gonzalez conducted the secondary inspection of HALL. HALL was taken to the secondary inspection office and was patted down by CBPO K. Gonzalez. During the pat down, CBPO K. Gonzalez felt a hard bulge near the groin area of HALL. CBPO K. Gonzalez questioned HALL about the bulge and HALL admitted to concealing a package. CBPO Gonzalez asked HALL if she was concealing any other items and HALL reached into her bra and pulled a clear plastic bag containing a white, powdery substance. CBPO K. Gonzalez requested a Canine Enforcement Officer (CEO) and a Human Narcotics Detection Dog (HNDD) assist with the search of HALL. The HNDD alerted to the groin area of HALL.

After the HNDD alert, HALL voluntarily removed a package wrapped in what appeared to be green latex from her groin area. The packages removed from HALL's groin area and her bra had a combined weight of 158 grams (0.34 pounds). One of the packages

1    was field-tested and the results came back positive for the properties of methamphetamine.

2    HSI Special Agents A. Guiden and J. Doucet responded to the Calexico West Port of Entry

3    at approximately 4:37 P.M.

4
5          On March 24, 2020, at approximately 5:30 P.M., SA's A. Guiden and J. Doucet took

6    custody of HALL at the Calexico West Port of Entry. SA Guiden advised HALL of her

7    Miranda rights in English as well as giving her an English version to read.  HALL agreed to

8
9    answer questions without the presence of an attorney.  During questioning, HALL admitted

10   to knowingly attempting to smuggling narcotics into the United States on her person. HALL

11   stated that she was supposed to have been paid $400.00 when the narcotics were delivered in

12
13   the United States.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28